UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>ATLANTIC CAPES FISHERIES, INC. and, BJ'S SERVICE CO., INC.<br><br>          Defendants | C.A. No. 1:17-cv-11860-PBS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
ATLANTIC CAPES FISHERIES, INC.**

In accordance with F.R.C.P. 7.1 and Local Rule 7.3(A), Defendant Atlantic Capes Fisheries, Inc. states that it has no parent corporation.  No publicly traded company owns ten percent or more of its stock.

|  |  |
|---|---|
|  | ATLANTIC CAPES FISHERIES, INC.,<br><br>/s/ Stacie B. Collier<br>Stacie B. Collier (BBO #645172)<br>Jessica S. Jewell (BBO #679489)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>sbcollier@nixonpeabody.com |
| Dated: December 5, 2017 | jsjewell@nixonpeabody.com |

4850-9498-0439.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on December 5, 2017.

/s/ Stacie B. Collier

4850-9498-0439.1