IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ATLANTIC CAPES FISHERIES, INC. and, )<br>BJ'S SERVICE CO., INC. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 17CV11860 |

**DEFENDANT BJ'S SERVICE CO., INC. 'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR IN THE ALTERNATIVE STAY THE PLAINTIFF'S COMPLAINT FOR FURTHER CONCILIATION  OR IN THE ALTERNATIVE STAY**

Pursuant to Local Rule 7.1(b)(3), Defendant BJs services, Co., Inc. ("BJs" or "Defendant"), by and through its counsel, hereby requests leave to file a Reply brief in support of its Motion to Dismiss or Otherwise Stay the Plaintiffs Complaint for Further Conciliation  ("Motion") (ECF 14). On December 19, 2017, the Equal Employment Opportunity Commission ("EEOC" or "Plaintiff) filed its Opposition (ECF 18) to the Motion.

After review and consideration of that filing, BJs  requests an opportunity to briefly respond to certain arguments set forth in the EEOC's Opposition, including (1) the EEOC's argument concerning the need for affidavits to support a stay of proceedings; and (2) the EEOC's argument that the Complaint sufficiently plead that BJs was on

1

notice of the alleged Hostile Work Environment claim, especially with respect to the proposed class and the relevant precedent. Permitting a Reply would further clarify the parties' positions in this matter and provide the Court further legal background with respect to BJs motion, including the request for a stay for further Conciliation.

Accordingly, BJs requests that it be permitted to submit a Reply, not to exceed 3 pages, by January 3, 2018. There is currently no hearing scheduled on Defendant's Motion, so that filing a Reply will not delay the adjudication of this Motion. Undersigned Counsel certifies, Pursuant to Rule 7.1, that on December 20 and 21, 2017, Counsel for BJs and Counsel for EEOC conferred with respect to BJs intent to file the reply brief described in this motion. Following these discussions, Plaintiffs' counsel stated that she would not oppose BJs request for a 3-page brief, with a deadline of January 3, 2018.

WHEREFORE, BJs respectfully requests that the Court ALLOW this motion and ORDER that BJs be permitted to file a Reply brief in support of its Motion, not to exceed 3 pages, by January 3, 2018.

Respectfully submitted
The Defendant,
BJ'S Service Co., Inc.
By Its Attorneys,


/s/ Matthew Mastromauro
_____
Nancy A. Serventi, BBO# 452100
Christopher W. Costello, BBO# 645936
Matthew C. Mastromauro, BBO# 679049
McDonough, Hacking & Lavoie, LLC
27 Congress Street, Suite 404
Salem, MA 01970
(617) 367-0808
nserventi@mhlattys.com
ccostello@mhlattys.com
mmastromauro@mhlattys.com


CERTIFICATE OF SERVICE I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on December 26, 2017.

/s/ Matthew C. Mastromauro
_____

3