**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Boston Area Office

Sara Smolik
Senior Trial Attorney
617-565-3207

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Toll Free Number: (866) 408-8075
Boston Direct Dial: (617) 565-4805
Boston Direct Line: (617) 565-3200
TTY: (617) 565-3204
FAX: (617) 565-3196

January 23, 2018

**BY ECF**

Honorable Patti B. Saris
U.S. District Court, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

      Re:    *EEOC v. Atlantic Capes Fisheries, Inc. & BJ's Service Co., Inc.*
             C.A. No. 1:17-cv-11860

Dear Judge Saris:

      As of today, federal government funding has been restored, including funding to the Equal Employment Opportunity Commission ("EEOC"). As such, EEOC requests that, pursuant to the Court's January 22, 2018, Order (Dkt. 34), the stay of this litigation be lifted.

                                                      Sincerely,

                                                      Sara Smolik
                                                      Senior Trial Attorney
                                                       Equal Employment Opportunity Commission

cc (by ECF):   Stacie B. Collier
                       Jessica S. Jewell
                       Nancy A. Serventi
                       Christopher W. Costello
                       Matthew C. Mastromauro
                       Adela Santos
                       Jeffrey Burstein

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2018, I electronically filed the foregoing with the referenced attachments with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

                                                     /s/ *Sara Smolik*
                                                     Sara Smolik