IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC CAPES FISHERIES, INC. and, BJ'S SERVICE CO., INC.<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-11860 |

**PLAINTIFF'S RESPONSE TO DEFENDANT BJ'S SERVICE CO., INC.'S
<u>MOTION TO WITHDRAW (DKT. 48)</u>**

On March 2, 2018, Defendant BJ's Service Co., Inc. ("BJ's) filed a motion to withdraw its Opposition to Plaintiff's Motion to Strike BJ's Affirmative Defenses (Dkt. 47) and requested that the opposition and its related exhibits be removed from the public docket. *See* Dkt. 48. That same day, BJ's filed an Amended Opposition to Plaintiff's Motion to Strike BJ's Affirmative Defenses. *See* Dkt. 49.

Plaintiff Equal Employment Opportunity Commission ("EEOC") does not oppose BJ's motion to withdraw (Dkt. 48) or its request that Dkt. 47 and the attached exhibits be removed from the publicly-viewable docket as they include confidential conciliation communications that are protected from public disclosure by Title VII, 42 U.S.C. § 2000e-5(b).

Respectfully submitted,

　　　/s/ Sara Smolik
SARA SMOLIK (BBO#661341)
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

1

Boston Area Office
John F. Kennedy Federal Building
Room 475
Boston, MA 02203-0506
(617) 565-3207 (telephone)
(617) 565-3196 (fax)
sara.smolik@eeoc.gov

ADELA SANTOS
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3696
adela.santos@eeoc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

             /s/ *Sara Smolik*
              Sara Smolik