# EXHIBIT 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. ATLANTIC CAPES FISHERIES, INC.
and, BJ'S SERVICE CO., INC.  C.A. No. 1:17-cv-11860-PBS
PRIVILEGE LOG OF DEFENDANT ATLANTIC CAPES FISHERIES, INC.'S

| DATE | AUTHOR | RECIPIENT | SUBJECT LINE | DESCRIPTION | BATES NO. | PRIVILEGE |
|---|---|---|---|---|---|---|
| 12/31/15 | Daniel Cohen ("Cohen") | Stacie Collier, Esq. ("Collier") cc: Jeff Bolton ("Bolton") and Steve Weaver ("Weaver") | Employee issues-Atlantic Capes Fisheries, Inc.-Community Workers Center | Email requesting legal advice regarding IQF Custom Packing, LLC ("IQF") workplace issues. | ACF PRIV 000001-2 | Attorney-Client |
| 1/1/16 | Cohen | Collier cc: Bolton and Weaver | Background Memo re workers at IQF Custom Packing, LLC facility and at ACF Clam Division (Galilean Seafood) | Memo providing information and requesting legal advice regarding IQF workplace issues. | ACF PRIV 000003-8 | Attorney-Client |
| 1/2/16 | Cohen | Collier; cc: Bolton, Weaver, Trish Ladino ("Ladino") and Barry Cohen, Esq. | ACF employee issues starting at IQF | Email providing information and requesting legal advice regarding IQF workplace issues. | ACF PRIV 000009-58 | Attorney-Client |
| 1/3/16 | Cohen | Mike Sweeney, Esq. ("Sweeney") | Background Memo re workers at IQF Custom Packing, LLC facility and at ACF Clam Division (Galilean Seafood) | Memo providing information and requesting legal advice regarding IQF workplace issues. | ACF PRIV 000059-64 | Attorney-Client |
| 1/6/16 | Ladino | Weaver, Rachelle Green, Esq. ("Green"), Cohen; cc: Bolton | ACF employee issues starting at IQF | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000065-66 | Attorney-Client |
| 1/6/16 | Weaver | Ladino, Green, Cohen; cc: Bolton | ACF employee issues starting at IQF | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000065 | Attorney-Client |

1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. ATLANTIC CAPES FISHERIES, INC.
and, BJ'S SERVICE CO., INC.  C.A. No. 1:17-cv-11860-PBS
PRIVILEGE LOG OF DEFENDANT ATLANTIC CAPES FISHERIES, INC.'S

| DATE | AUTHOR | RECIPIENT | SUBJECT LINE | DESCRIPTION | BATES NO. | PRIVILEGE |
|---|---|---|---|---|---|---|
| 1/7/16 | Chris Shriver | Weaver | 20160103 Eddie Gomez.docx | Email between members of management regarding legal advice regarding IQF workplace issues. | ACF PRIV 000067 | Attorney-Client |
| 1/7/16 | Weaver | Green; cc: Ladino, Bolton, Cohen | 20160103 Eddie Gomez.docx | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000067 | Attorney-Client |
| 1/7/16 | Ladino | Weaver; Green | Subjects for training | Email providing information and requesting legal advice regarding training. | ACF PRIV 000068-69 | Attorney-Client |
| 1/11/16 | Bolton | Green; cc: Cohen, Ladino, Robert Machado ("Machado") | Meeting at IQF with workers | Email providing information and requesting legal advice regarding IQF workplace issues. | ACF PRIV 000071-72 | Attorney-Client |
| 1/11/16 | Green | Bolton; cc: Cohen, Ladino, Machado, Leslie Mansur[1] and Sam Eckel, Esq. | Meeting at IQF with workers | Email regarding legal advice regarding IQF workplace issues. | ACF PRIV 000071 | Attorney-Client |
| 1/11/16 | Bolton | Green | Meeting at IQF with workers | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000071 | Attorney-Client |
| 1/11/16 | Green | Bolton | Meeting at IQF with workers | Email regarding legal advice regarding IQF workplace issues. | ACF PRIV 000070-71 | Attorney-Client |

---

[1]   Ms. Mansur is a Legal Assistant at Duffy & Sweeney, Ltd.

2

4812-0289-3663.3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. ATLANTIC CAPES FISHERIES, INC.
and, BJ'S SERVICE CO., INC.  C.A. No. 1:17-cv-11860-PBS
PRIVILEGE LOG OF DEFENDANT ATLANTIC CAPES FISHERIES, INC.'S

| DATE | AUTHOR | RECIPIENT | SUBJECT LINE | DESCRIPTION | BATES NO. | PRIVILEGE |
|---|---|---|---|---|---|---|
| 1/12/16 | Bolton | Green | Meeting at IQF with workers | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000070 | Attorney-Client |
| 1/12/16 | Green | Cohen; cc: Ladino and Bolton | Summary of call- R. Green and T. Ladino. | Email regarding legal advice regarding IQF workplace issues. | ACF PRIV 000073-74 | Attorney-Client |
| 1/12/16 | Bolton | Cohen; cc: Green | Draft for supervisors meeting. | Email providing information and requesting legal advice regarding training. | ACF PRIV 000076 | |
| 1/12/16 | Cohen | Bolton; cc: Green, Ladino, Weaver | Draft for supervisors meeting. | Email providing information and requesting legal advice regarding training. | ACF PRIV 000076 | Attorney-Client |
| 1/12/16 | Green | Cohen, Bolton; cc: Ladino, Weaver | Draft for supervisors meeting. | Email providing information regarding training. | ACF PRIV 000075-76 | Attorney-Client |
| 1/12/16 | Cohen | Green; cc: Ladino, Weaver, Bolton | Draft for supervisors meeting. | Email providing information and requesting legal advice regarding training. | ACF PRIV 000075 | Attorney-Client |
| 1/13/16 | Ladino | Green | Morning interview. | Email providing information and requesting legal advice regarding internal investigation. | ACF PRIV 000078 | Attorney-Client |
| 1/13/16 | Green | Ladino | Morning interview. | Email regarding legal advice regarding internal investigation. | ACF PRIV 000077-78 | Attorney-Client |

3

4812-0289-3663.3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. ATLANTIC CAPES FISHERIES, INC.
and, BJ'S SERVICE CO., INC.  C.A. No. 1:17-cv-11860-PBS
PRIVILEGE LOG OF DEFENDANT ATLANTIC CAPES FISHERIES, INC.'S

| DATE | AUTHOR | RECIPIENT | SUBJECT LINE | DESCRIPTION | BATES NO. | PRIVILEGE |
|---|---|---|---|---|---|---|
| 1/13/16 | Ladino | Green | Morning interview. | Email requesting legal advice regarding internal investigation. | ACF PRIV 000077 | Attorney-Client |
| 1/13/16 | Green | Ladino | Morning interview. | Email regarding legal advice regarding internal investigation. | ACF PRIV 000077 | Attorney-Client |
| 1/14/16 | Ladino | Green; Bolton | Other reports. | Email providing information and requesting legal advice regarding internal investigations and IQF workplace issues. | ACF PRIV 000080 | Attorney-Client |
| 1/14/16 | Green | Ladino; cc: Cohen, Weaver | Other reports. | Email regarding legal advice regarding internal investigations IQF workplace issues. | ACF PRIV 000079-80 | Attorney-Client |
| 1/14/16 | Bolton | Green; cc: Ladino | Supervisor meeting PP | Email providing information and requesting legal advice regarding training. | ACF PRIV 000081-82 | Attorney-Client |
| 1/14/16 | Green | Bolton; cc: Ladino | Supervisor meeting PP | Email regarding legal advice regarding training. | ACF PRIV 000081 | Attorney-Client |
| 1/21/16 | Bolton | Green; cc: Cohen, Ladino, Weaver | Workers/CTT | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000083-84 | Attorney-Client |
| 2/10/16 | Green | Bolton; cc: Ladino, Weaver | Minimum Hours worked | Email regarding legal advice regarding IQF workplace issues. | ACF PRIV 000085-86 | Attorney-Client |

4812-0289-3663.3

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. ATLANTIC CAPES FISHERIES, INC.
and, BJ'S SERVICE CO., INC.  C.A. No. 1:17-cv-11860-PBS
PRIVILEGE LOG OF DEFENDANT ATLANTIC CAPES FISHERIES, INC.'S**

| DATE | AUTHOR | RECIPIENT | SUBJECT LINE | DESCRIPTION | BATES NO. | PRIVILEGE |
|---|---|---|---|---|---|---|
| 2/10/16 | Ladino | Green, Bolton; cc: Weaver, Machado | Warning papers IQF | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000088 | Attorney-Client |
| 2/11/16 | Green | Ladino, Bolton; cc: Weaver, Machado | Warning papers IQF | Email regarding legal advice regarding IQF workplace issues. | ACF PRIV 000087-88 | Attorney-Client |
| 2/11/16 | Ladino | Green, Bolton; cc: Weaver, Machado | Minimum Hours worked | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000089-90 | Attorney-Client |
| 2/11/16 | Green | Ladino, Bolton; cc: Weaver, Machado | Minimum Hours worked | Email regarding legal advice regarding IQF workplace issues. | ACF PRIV 000089-90 | Attorney-Client |
| 2/15/16 | Ladino | Machado, Bolton | Time off for temp workers at IQF | Email between members of management regarding legal advice regarding IQF workplace issues. | ACF PRIV 000092-94 | Attorney-Client |
| 2/15/16 | Bolton | Ladino | Time off for temp workers at IQF | Email between members of management regarding legal advice regarding IQF workplace issues. | ACF PRIV 000092 | Attorney-Client |
| 2/15/16 | Ladino | Green | Time off for temp workers at IQF | Email requesting legal advice regarding IQF workplace issues. | ACF PRIV 000092 | Attorney-Client |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. ATLANTIC CAPES FISHERIES, INC.
and, BJ'S SERVICE CO., INC.  C.A. No. 1:17-cv-11860-PBS
PRIVILEGE LOG OF DEFENDANT ATLANTIC CAPES FISHERIES, INC.'S

Respectfully submitted,

ATLANTIC CAPES FISHERIES, INC.,

/s/ Stacie B. Collier
Stacie B. Collier (BBO #645172)
Jessica S. Jewell (BBO #679489)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
sbcollier@nixonpeabody.com

Dated: March 20, 2018                 jsjewell@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2018, I served a copy of the within document via email to:

Sara Smolik, Esq.
Adela Santos, Esq.
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Boston Area Office
John F. Kennedy Federal Building
Room 475
Boston, MA 02203-0506
SARA.SMOLIK@EEOC.GOV
ADELA.SANTOS@EEOC.GOV

Nancy A. Serventi, Esq.
Christopher W. Costello, Esq.
Matthew C. Mastromauro, Esq.
McDonough, Hacking & Lavoie, LLC
27 Congress Street, Suite 404
Salem, MA 01970
nserventi@mhlattys.com
ccostello@mhlattys.com
mmastromauro@mhlattys.com

/s/ Stacie B. Collier