# EXHIBIT 8

Hilicias Guarcas (Jenny) – 1/4/2016  REPORT

First of all she feels embarrassed but she has to say what she has to say…
Jenny was asking Trish before (and incident a couple of weeks ago) about if there was a personal problem with Richie Desousa and now she knows why… 4 years ago Richie had been trying to get to know her and go out with her and she doesn't want to because she has a husband who is Marcos Natareno (one of our supervisors). Richie used to text her and ask her to go out with him and when Marcos goes to work on the weekend and they could go out together. One time when he called her at home she asked him not to call. He called on the weekend and Jenny's son answered phone while she was in the shower and said after that her boss called from work. Jenny doesn't have the texts that Richie sent her because they were on an old phone she doesn't have anymore. But she has the phone call 12/5/15 at 6pm shown on a new phone, but she wouldn't answer the call because it wasn't work related and she didn't want to talk to him. So now Richie is seeing Monica (in QC) so he stopped texting Jenny. She asked him "Why are you texting me again, are you tired of Monica?" He said "Monica is younger and she doesn't have any experience and Jenny is more experienced". When she comes up to the office to make photo copies and no one else is in the office Richie would say "Nice ass, Nice boobs". 2 weeks ago before the 12/5 phone call, she showed Richie some yellow product on a tray to see about packing the product and he said "Show me your boobies first" and pulled on her shirt front to expose her cleavage. So she picked up the tray and just left saying that she was just showing him product and didn't want to talk about anything else. Richie always makes remarks like "Why are you with Marcos. He has a small dick. His you could fit inbetween the 'r' and 'I' in RI and mine you can fit in all of Massachusetts". She feels like it is a personal problem with him and when she brings work related issues to him his response is "go find another job" or he doesn't want to talk to her or says he doesn't have time or yells at her harshly. 6 months ago they were doing 'Olivia' product late at 6pm. One production line was done and one wasn't and he told the girls to help each other and some couldn't because they have babysitters and wanted to go home and he said "ok let them go home and put their fingers in their vagina's while they wait" and asked Jenny to translate that to the girls….the girls still had to wait for the van because the other girls worked until 6pm and the vans don't leave until they are full. Every time when Jenny points out the difference with her work and Monica's work and everyone in QC will check it and Richie will always take Monica's numbers even if it is off. They had a meeting with all the QC techs and they all do a test at the same time to make sure they are all the same so they can learn how to do it correctly and Jenny follows the rules, but Richie always sides with Monica even when she is wrong. He is still showing favoritism. December 17, 2015 Jenny came to talk to Trish about some issues with Richie. She had passed in paperwork to Richie and he yelled at her and Jenny showed him the counts and paperwork were off from Monica and he still said Monica's were ok and Jenny's were off. He yelled at her and was upset that she turned in paperwork to him all at once instead of bringing it to him after each lot and he said "what the f—k do you want me to do with this now?"

When Trish called in Chris Brown to hear this issue, Chris said it was a larger problem and they had to all sit down and talk about it. Then Richie told Chris that Jenny is always in Trish's office helping her and Jenny is always whining about something and Russ and Trish helped her get her citizens papers and she is a favorite of theirs…. Jenny had left for a few months and Richie says that jenny left because she only used Trish to help her get her papers and she was done with

EXHIBIT 6
WIT: Ladino
DATE: 3-23-18
LAURIE J. BERG, RPR, CRR

ACF 000010

Trish...but she left because of the problems then she came back because they needed her. Richie says if it had been up to him he would never have helped "these people" get their papers because they were all stupid. Richie says that Trish is ignorant to help these people and write letters for them. Another worker was in the office when Richie was talking to Chris about it.

Jenny says when you leave work she thinks that if you leave for _more_ than 3 months and come back, you start as a new employee. Chris told her that she just started work when she came back and that she had to earn benefits back and start all over. And Chris gave Monica a raise and not Jenny. Chris treated her like a new employee and she feels that is why she did not get a raise like Monica because of what Richie said. On December 17th they were very busy and Richie told her to "hurry up and if she couldn't keep up then to find another job". She feels that it is because she wouldn't give into him that now he hates her and has a personal problem with her. Jenny feels uncomfortable to speak because she feels Trish will believe Richie over her. When she tells Richie that she will tell on him for what he says and does he says "No one will believe you and you are too chicken to say anything". So these are the reasons Jenny felt she needed to go and get help outside from CCT because she felt pressure to do something about him.

Also Fidel touches her on her back when she is working in the back tunnel area and she feels uncomfortable when he is around and even Jay Aurelio in QC says "Whoah he doesn't have to get that close!". Jenny is always telling Fidel that if he needs information "why do you have to get so close". Fidel says "oh, why do you get so upset?". Other girls have complaints against Fidel also. Marcos, her husband tells Jenny to come and talk straight to Jeff Bolton but she thought it was better to talk to Trish. When Richie used to call her in the office to make copies and she mentions her husband Richie says "f—k Marcos, I don't care about him". She felt embarrassed to tell Marcos about this but when her son answered the phone she told Marcos about it.

ACF 000011