UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC CAPES FISHERIES, INC. and, BJ'S SERVICE CO., INC.<br><br>    Defendants | C.A. No. 1:17-cv-11860-PBS |

## **JOINT MOTION TO CONTINUE ADR CONFERENCE**

Plaintiff Equal Employment Opportunity Commission, Defendants Atlantic Capes Fisheries, Inc. and BJ's Service Co., Inc. and proposed Intervenors, Mirna Pacaja, Margarita Fuentes and Esdeyra Rosales (collectively "Parties") hereby request that the Court continue the ADR Conference which was previously scheduled for May 10, 2018 to June 21, 2018 at 11:00 a.m. Counsel for the Parties have conferred and have agreed that this date works for all parties.

| ATLANTIC CAPES FISHERIES, INC., | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|
| /s/ Jessica S. Jewell<br>Stacie B. Collier (BBO #645172)<br>Jessica S. Jewell (BBO #679489)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 (telephone)<br>(617) 345-1300 (fax)<br>sbcollier@nixonpeabody.com<br>jsjewell@nixonpeabody.com | /s/ Sara Smolik<br>SARA SMOLIK (BBO#661341)<br>Senior Trial Attorney<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Boston Area Office<br>John F. Kennedy Federal Building<br>Room 475<br>Boston, MA 02203-0506<br>(617) 565-3207 (telephone)<br>(617) 565-3196 (fax)<br>sara.smolik@eeoc.gov<br><br>ADELA SANTOS<br>Senior Trial Attorney<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>New York District Office<br>33 Whitehall Street, 5th Floor<br>New York, NY 10004-2112<br>(212) 336-3696<br>adela.santos@eeoc.gov |
| BJ'S SERVICE CO., INC. | MARGARITA FUENTES, MIRNA PACAJA, AND ESDEYRA ROSALES |
| /s/ Matthew C. Mastromauro<br>Nancy A. Serventi (BBO #452100)<br>Christopher W. Costello (BBO #645936)<br>Matthew C. Mastromauro (BBO #679049)<br>McDonough, Hacking & Lavoie, LLC<br>27 Congress Street, Suite 404<br>Salem, MA 01970<br>(617) 367-0808 (telephone)<br>nserventi@mhlattys.com<br>ccostello@mhlattys.com<br>mmastromauro@mhlattys.com | /s/ James A.W. Shaw<br>James A.W. Shaw (BBO #670993)<br>SEGAL ROITMAN, LLP<br>33 Harrison Ave., 7th Floor<br>Boston, MA 02111<br>(617) 603-1432 (telephone)<br>(617) 742-2187 (fax)<br>jshaw@segalroitman.com |

4851-0447-4468.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2018.

/s/ Jessica S. Jewell