# EXHIBIT 2



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, 4th Floor, Room 475
Boston, MA 02203-0506
Toll Free Number:  (866) 408-8075
Boston Status Line:  (617) 565-4805
TTY:  (617) 565-3204
FAX:  (617) 565-3196

Lawrence Angelo
Investigator
Phone (617) 565-3190
Fax (617) 565-3196

August 12, 2016

*Via Electronic Mail to Sbcollier@nixonpeabody.com*
Stacie B. Collier, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

Re:   Hilcia Guarcas v. Atlantic Capes Fisheries, Inc.
      EEOC Charge No.: 523-2016-00431

      Esdeyra Rosales v. Atlantic Capes Fisheries, Inc.
      EEOC Charge No.: 523-2016-00429

      Margarita Fuentes v. Atlantic Capes Fisheries, Inc.
      EEOC Charge No.: 523-2016-00425

      Mirna Pacaja v. Atlantic Capes Fisheries, Inc.
      EEOC Charge No.: 523-2016-00419

Dear Ms. Collier:

Thank you for providing position statements in connection with the above-referenced charges of discrimination and for facilitating the EEOC's on-site investigation at your client's worksite. At this time, however, we are requesting additional information so that we can make a proper determination as to the merits of the above-referenced charges. The relevant time period for this request is October 1, 2014 to the present. Please provide the following information on a CD-R or USB flash drive[*] in either a portable document format (PDF) or Excel file, as specified below, by **August 26, 2016**:

1. An Excel spreadsheet that lists each individual employed by the Respondent during the relevant time period, including:
   a) first name;
   b) last name;
   c) street address;
   d) city;

---

[*] We recommend that you encrypt and password protect the CD-R or USB flash drive and email the password separately. Additionally, please clearly label the CD-R or USB flash drive and all files contained therein.

      e) state;
      f) zip code;
      g) telephone number;
      h) email address;
      i) race;
      j) national origin;
      k) date of hire;
      l) an indication as to whether the individual is also an employee of BJ's Service Company, Inc.;
      m) each job title held while employed by the Respondent;
      n) dates of any changes to job title;
      o) salary or wage rate at date of hire;
      p) dates of any changes to salary or wage rate;
      q) dollar amounts of any changes to salary or wage rate;
      r) current employment status;
      s) current salary or wage rate, or salary or wage rate for the last full year of employment, if no longer employed;
      t) total number of straight-time hours worked in each calendar year during the relevant time period (i.e., 2014, 2015, and 2016);
      u) total number of overtime hours worked in each calendar year during the relevant time period;
      v) date of termination/separation, if no longer employed; and
      w) reason for termination/separation, if no longer employed.

2. An Excel file that contains earnings records for all pay periods and for all individuals employed during the relevant time period.

3. A PDF file that contains all documents reflecting all employment policies and practices applicable to Respondent's employees, including the Respondent's employee handbook and any policies regarding employment discrimination, in effect during the relevant time period. If there have been any changes or revisions to Respondent's policies during the relevant time period, please provide all versions and indicate the time period for which each was effective.

4. A PDF file that contains all documents pertaining to any complaint of sex, race, or national origin discrimination or retaliation for complaining about sex, race, or national origin discrimination made by any of the Respondent's employees during the relevant time period.

5. A PDF file that contains a document that reflects the Respondent's current organizational chart, including names of all corporate officers.

6. An Excel file that contains the following information for all positions with supervisory responsibility that have been either open or available during the relevant time period:
      a. job title of the open or available position;

EEOC000407

Stacie B. Collier, Esq.
August 12, 2016
Page 3 of 3

      b. date on which the position was posted, advertised, or announced;
      c. date on which the position was filled; and
      d. name of the individual selected to fill the position.

7. A PDF file that contains the following information for each position identified in response to Item No. 6, above:
   a. job description;
   b. minimum qualifications required;
   c. the actual job posting, advertisement, or vacancy announcement; and
   d. list of physical spaces or media in which the job posting, advertisement, or vacancy announcement was published.

    Thank you for your cooperation with this request. Feel free to contact me by email at lawrence.angelo@eeoc.gov with any questions that you may have regarding this request.

                Respectfully,

                /s/

                Lawrence Angelo
                Investigator