8/8/18 Denied without prejudice. The Court has allowed the motion to amend. Therefore a new answer must be filed. Moreover, a motion to strike is premature. The Court will address the defenses in the context of summary judgment.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC CAPES FISHERIES, INC. and, BJ'S SERVICE CO., INC. <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-11860 |

**PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES OF DEFENDANT BJ'S SERVICE CO., INC.**

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff Equal Employment Opportunity Commission ("EEOC") hereby moves to strike certain affirmative defenses of Defendant, BJ's Service Co., Inc. ("BJ's"). As set forth with greater particularity in EEOC's memorandum of law, filed herewith, the following affirmative defenses, asserted by BJ's, are insufficient as a matter of law and/or pleading, such that no set of facts could permit BJ's to succeed on the challenged defenses:

- Defendant's First Affirmative Defense: "And further answering, the Defendant states that the EEOC failed to fulfill its duty and/or responsibility to investigate and conciliate the subject allegations/charges pursuant to Title VII, 42 U.S.C. § 2000e-5." Amended Answer, Dkt. 43, at 10.[1]

- Defendant's Twenty-Third Affirmative Defense: "And further answering, the Defendant states that the putative 'class' claims fail, in whole or in part, because the Plaintiff and/or the as-yet Unidentified Class members failed to satisfy all conditions precedent to the

---

[1] BJ's originally answered the Complaint on January 25, 2018 (Dkt. 38). On February 14, 2018, BJ's filed an Amended Answer, removing some of its earlier-asserted affirmative defenses.

1