8/8/18 Denied without prejudice. The Court has allowed the motion to amend. Therefore a new answer must be filed. Moreover, a motion to strike is premature. The Court will address the defenses in the context of summary judgment. /s/ Saris

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC CAPES FISHERIES, INC. and, BJ'S SERVICE CO., INC. <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-11860 |

### PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES OF DEFENDANT ATLANTIC CAPES FISHERIES, INC.

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff Equal Employment Opportunity Commission ("EEOC") hereby moves to strike certain affirmative defenses of Defendant, Atlantic Capes Fisheries, Inc. ("ACF"). As set forth with greater particularity in EEOC's memorandum of law, filed herewith, the following affirmative defenses, asserted by ACF, are insufficient as a matter of law and/or pleading, such that no set of facts could permit ACF to succeed on the challenged defenses:

- <u>Defendant's Fifth Affirmative Defense</u>: "Plaintiff's claims on behalf of allegedly similarly aggrieved individuals who failed to exhaust their administrative remedies are barred." Answer, Dkt. 36, at 9.

- <u>Defendant's Sixth Affirmative Defense</u>: "Plaintiff's Complaint is barred in whole or in part, by the applicable statutes of limitations." Answer at 9.

- <u>Defendant's Seventh Affirmative Defense</u>: "Plaintiff's claims on behalf of allegedly similarly aggrieved women are barred, in whole or in part, because they are beyond the scope of any administrative charge or Plaintiff's investigation thereof, were not subject to

1