
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Toll Free Number: (866) 408-8075
Boston Direct Dial: (617) 565-4805
Boston Direct Line: (617) 565-3200
TTY: (617) 565-3204
FAX: (617) 565-3196

Sara Smolik
Senior Trial Attorney
617-565-3207

January 28, 2019

**_BY ECF_**

Honorable Patti B. Saris
U.S. District Court, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

  Re: *EEOC and Margarita Fuentes, et al. v. Atlantic Capes Fisheries, Inc. & BJ's Service Co., Inc.*
    C.A. No. 1:17-cv-11860

Dear Judge Saris:

  I write concerning the stay entered in the above-referenced matter (Dkt. 151). Appropriations for the Equal Employment Opportunity Commission ("EEOC") have now been restored. As such, EEOC requests that, pursuant to the Court's December 26, 2018, Order (Dkt. 151), the stay of this litigation be lifted.

         Sincerely,

         /s/ *Sara Smolik*

         Senior Trial Attorney
         Equal Employment Opportunity Commission

cc (by ECF): Stacie B. Collier
       Jessica S. Jewell
       Kacey Houston Walker
       Matthew C. Mastromauro
       James A. W. Shaw
       Thomas L. Smith
       Adela Santos
       Jeffrey Burstein

## CERTIFICATE OF SERVICE

   I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

                      /s/ *Sara Smolik*
                       Sara Smolik