IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> and <br><br> MARGARITA FUENTES, MIRNA PACAJA, and ESDEYRA ROSALES <br>     Plaintiff's-in-Intervention <br><br> Plaintiff <br><br> v. <br><br> ATLANTIC CAPES FISHERIES, INC. and, BJ'S SERVICE CO., INC. <br><br>     Defendants. | CIVIL ACTION NO. 17CV11860 |

## JOINT MOTION TO APPROVE CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission, Defendants Atlantic Capes Fisheries, Inc. and BJ's Service Co., Inc. and Plaintiff Intervenors, Mirna Pacaja, Margarita Fuentes and Esdeyra Rosales (collectively "Parties"), jointly move, through their undersigned counsel, that this Court APPROVE the attached Consent Decree, which has been signed and approved by the Parties. The signed Consent Decree is attached hereto as Exhibit 1. The Consent Decree states that the Court shall retain continuing jurisdiction to enforce the provisions of the Decree.

WHEREFORE, the Parties jointly respectfully request that the Court GRANT their motion.

Dated:        January 29, 2019

Respectfully submitted,

| | |
|---|---|
| ATLANTIC CAPES FISHERIES, INC.,<br><br>/s/ Jessica S. Jewell<br>Stacie B. Collier (BBO #645172)<br>Jessica S. Jewell (BBO #679489)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 (telephone)<br>(617) 345-1300 (fax)<br>sbcollier@nixonpeabody.com<br>jsjewell@nixonpeabody.com | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>/s/ Sara Smolik<br>SARA SMOLIK (BBO#661341)<br>Senior Trial Attorney<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Boston Area Office<br>John F. Kennedy Federal Building<br>Room 475<br>Boston, MA 02203-0506<br>(617) 565-3207 (telephone)<br>(617) 565-3196 (fax)<br>sara.smolik@eeoc.gov<br><br>ADELA SANTOS<br>Senior Trial Attorney<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>New York District Office<br>33 Whitehall Street, 5th Floor<br>New York, NY 10004-2112<br>(212) 336-3696<br>adela.santos@eeoc.gov |
| BJ'S SERVICE CO., INC.<br><br>/s/ Matthew C. Mastromauro<br>Nancy A. Serventi (BBO #452100)<br>Christopher W. Costello (BBO #645936)<br>Matthew C. Mastromauro (BBO #679049)<br>McDonough, Hacking & Lavoie, LLC<br>27 Congress Street, Suite 404<br>Salem, MA 01970<br>(617) 367-0808 (telephone)<br>nserventi@mhlattys.com<br>ccostello@mhlattys.com<br>mmastromauro@mhlattys.com | MARGARITA FUENTES, MIRNA PACAJA, AND ESDEYRA ROSALES<br><br>/s/ James A.W. Shaw<br>James A.W. Shaw (BBO #670993)<br>SEGAL ROITMAN, LLP<br>33 Harrison Ave., 7th Floor<br>Boston, MA 02111<br>(617) 603-1432 (telephone)<br>(617) 742-2187 (fax)<br>jshaw@segalroitman.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2019, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

                /s/ *Sara Smolik*
                Sara Smolik