IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORUTNITY COMMISSION,<br>    Plaintiff<br><br>    -and-<br><br>MARGARITA FUENTES, MIRNA PACAJA, and ESDEYRA ROSALES,<br>    Plaintiff-Intervenors<br><br>    v.<br><br>ATLANTIC CAPES FISHERIES, INC. and BJ'S SERVICE CO., INC.,<br>    Defendants | Civil Action No. 1:17-cv-11860-PBS |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff-Intervenors hereby dismiss their action-in-intervention with prejudice, with all parties to bear their own costs and attorney's fees. This stipulation is not intended to have any effect on the Consent Decree entered by the Court (Dkt. 157) or on the claims asserted by Plaintiff Equal Employment Opportunity Commission.

Respectfully submitted,

| MARGARITA FUENTES, MIRNA PACAJA, AND ESDEYRA ROSALES | ATLANTIC CAPES FISHERIES, INC., |
|---|---|
| /s/ James A.W. Shaw<br>James A.W. Shaw (BBO #670993)<br>SEGAL ROITMAN, LLP<br>33 Harrison Ave., 7th Floor<br>Boston, MA 02111<br>(617) 603-1432 (telephone)<br>(617) 742-2187 (fax)<br>jshaw@segalroitman.com | /s/ Stacie B. Collier<br>Stacie B. Collier (BBO #645172)<br>Jessica S. Jewell (BBO #679489)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 (telephone)<br>(617) 345-1300 (fax)<br>sbcollier@nixonpeabody.com |

| | |
|---|---|
| /s/ Thomas L. Smith<br>Thomas L. Smith (BBO #673200)<br>Justice at Work, Inc.<br>90 Canal St.<br>Boston, MA 02114<br>(617) 955-6661 (telephone)<br>(617) 995-0910 (fax)<br>tsmith@jatwork.org | jsjewell@nixonpeabody.com |
| BJ'S SERVICE CO., INC.<br><br>/s/ Matthew C. Mastromauro<br>Nancy A. Serventi (BBO #452100)<br>Christopher W. Costello (BBO #645936)<br>Matthew C. Mastromauro (BBO #679049)<br>McDonough, Hacking & Lavoie, LLC<br>27 Congress Street, Suite 404<br>Salem, MA 01970<br>(617) 367-0808 (telephone)<br>nserventi@mhlattys.com<br>ccostello@mhlattys.com<br>mmastromauro@mhlattys.com | |

Dated: February 26, 2019

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 26, 2019, I electronically filed the foregoing by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                   /s/James A.W. Shaw<br>
                                   James A.W. Shaw